CLOSED, HDY, JURY, MDL, TRANSO

# U.S. District Court
# Eastern District of Arkansas (Little Rock)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00568−SWW

Thomas et al v. Davol et al
Assigned to: Judge Susan Webber Wright
Cause: 28:1332 Diversity−Personal Injury−Product Liability

Date Filed: 06/19/2008
Date Terminated: 08/18/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Edna Faye Thomas** represented by **George R. Wise, Jr.**
Brad Hendricks Law Firm
500 Pleasant Valley Drive
Suite C
Little Rock, AR 72227
(501) 221−0444
Email: gwise@bradhendricks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lerone Thomas** represented by **George R. Wise, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol**

**Defendant**

**C R Bard Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/19/2008 | 1 | COMPLAINT with Jury Demand filed by Edna Faye Thomas &Lerone Thomas against all defendants; Summonses were issued and returned to attorney; Filing fee of $350.00 paid; Receipt #LIT012302. (kjp) (Modified entry on 6/23/2008 to attach corrected document; original attachment has incorrect Magistrate Judge on document)(bfw). (Entered: 06/20/2008) |
| 06/23/2008 | 2 | NOTICE OF DOCKET CORRECTION: 1 Complaint − (modified entry to attach corrected document; original attachment has the wrong Magistrate Judge on document) (copy attached hereto) (bfw) (Entered: 06/23/2008) |
| 08/18/2008 | 3 | CONDITIONAL TRANSFER ORDER (CTO−25) − MDL No. 1842 re: Kugel Mesh Hernia Patch Products Liability Litigation, transferring case to USDC − District of Rhode Island. (vjt) (Entered: 08/18/2008) |